UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUGUST IMAGE, LLC, *a New York limited liability company*,

                    Plaintiff,

v.

KNOW SELFCARE, INC., *a Delaware corporation*, and DOES 1–10,

                    Defendants.

No. 24-CV-1734 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    An initial pretrial conference was previously scheduled in this matter for May 3, 2024 at 3:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to for May 3, 2024 at 5:30 p.m.

    Should this present a conflict for either party, they may make an application to the Court, no later than May 1, 2024, by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    April 26, 2024
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge